# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| AWILDA RAMOS, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. CIV-13-1176-M ) |
| CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration, | ) ) ) ) ) |
| Defendant. | ) |

## ORDER

On March 11, 2015, United States Magistrate Judge Charles B. Goodwin issued a Report and Recommendation in this action in which plaintiff seeks judicial review of the final decision of defendant Acting Commissioner of Social Security Administration ("Acting Commissioner"), denying plaintiff's applications for disability insurance benefits under Title II of the Social Security Act, 42 U.S.C. §§ 401-434, and for supplemental security income under Title XVI of the Social Security Act, 42 U.S.C. §§ 1381-1383f. The Magistrate Judge recommended the Acting Commissioner's decision in this matter be affirmed. The parties were advised of their right to object to the Report and Recommendation by March 25, 2015. Plaintiff has timely filed her objections.

Having carefully reviewed this matter de novo, the Court:

(1) ADOPTS the thorough and well-reasoned Report and Recommendation [docket no. 19] issued by the Magistrate Judge on March 11, 2015, and
(2) AFFIRMS the decision of the Acting Commissioner.

**IT IS SO ORDERED this 26th day of March, 2015.**

/s/ Vicki Miles-LaGrange
VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE